IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-2787

WESTERN SLOPE CONSERVATION CENTER,

THE WILDERNESS SOCIETY, and

WILDERNESS WORKSHOP,

    Petitioners,

vs.

UNITED STATES BUREAU OF LAND MANAGEMENT, an agency of the U.S. Department of the Interior,

DEBRA HAALAND, in her official capacity as the Secretary of the U.S. Department of the Interior,[1] and

JAMIE E. CONNELL, in her official capacity as the Colorado State Director of the U.S. Bureau of Land Management,

    Respondents.

## SECOND JOINT MOTION FOR STAY OF LITIGATION

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), the Parties hereby seek a continued stay of this case to allow time to discuss informally their disputes over the Administrative Record and Petitioners' claims in this case. Should the Court grant the requested stay, no later than August 20, 2021 the Parties will submit a joint status report with a proposed revision to the Joint Case Management Plan, ECF No. 16, for future proceedings, including whether additional time for settlement discussions may be warranted.

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Debra Haaland, in her official capacity as Secretary of the Interior, is automatically substituted for David Bernhardt.

1

Good cause exists for a stay. This case involves Defendants' decade-long management planning process that encompassed nearly 1,000,000 acres of federal land and mineral estate in western Colorado. The Parties previously sought a stay through today, July 12, 2021. ECF No. 19. In June, the Parties held a meeting between Petitioners' representatives and relevant officials from Defendants' agencies and have subsequently entered discussions regarding potential settlement. The Parties agree that a continued stay will allow them to focus on these discussions rather than on existing litigation deadlines. The outcome of these discussions may influence future deadlines in this case. Thus, the stay of proceedings will serve the interests of judicial efficiency and economy by allowing the Parties with time to discuss potential resolution of their disputes without further litigation.

Dated: July 12, 2021.

    Respectfully submitted,

    JEAN E. WILLIAMS
    Acting Assistant Attorney General
    United States Department of Justice
    Environment and Natural Resources Div.

    */s/ Caitlin Cipicchio*
    Caitlin Cipicchio
    Trial Attorney
    Natural Resources Section
    P.O. Box 7611
    Washington, D.C. 20044
    E: caitlin.cipicchio@usdoj.gov
    T: (202) 305-0503
    *Attorneys for Federal Respondents*

    */s/ Elizabeth H. Potter (with consent)*
    Elizabeth H. Potter (OR Bar No. 105482)
    ADVOCATES FOR THE WEST
    epotter@advocateswest.org
    *Attorneys for Conservation Groups*