**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-02787-REB

WESTERN SLOPE CONSERVATION CENTER, *et al.*,

    Petitioners,

v.

UNITED STATES BUREAU OF LAND MANAGEMENT, *et al.*,

    Respondents.

---

**ORDER ON MOTIONS TO STAY**

---

**Blackburn, J.**

This matter is before me on the following: (1) the **Stipulated Motion for Extension of Time To Confer Over the Administrative Record** [#18][1] filed May 13, 2021; (2) the **Joint Motion for 45-Day Stay** [#19] filed May 28, 2021; (3) the **Second Joint Motion for Stay of Litigation** [#20] filed July 12, 2021; and (4) the **Third Joint Motion for Stay of Litigation** [#21] filed August 20, 2021.  I grant the motions.

The parties report that they are continuing discussions concerning a potential settlement.  Currently, they wish to devote their time and other resources to discussion of a possible resolution of their disputes rather than to litigation deadlines in this case. The parties have shown good cause for a stay.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Stipulated Motion for Extension of Time To Confer Over the Administrative Record** [#18] is granted;

---

[1]  "[#18]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

2.  That the **Joint Motion for 45-Day Stay** [#19] is granted;

3.  That the **Second Joint Motion for Stay of Litigation** [#20] is granted;

4.  That the **Third Joint Motion for Stay of Litigation** [#21] is granted;

5.  That all deadlines in this case, except for the deadline stated in this order, are stayed pending the settlement discussions between the parties;

6.  That on or before December 15, 2021, the parties shall file a status report describing the status of their settlement discussions and, if the case is not resolved, a proposed schedule for continuation of this litigation.

Dated September 30, 2021, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge